1  Michael J. Newton (CA 156225)
2  mike.newton@alston.com
   **ALSTON & BIRD, LLP**
3  1950 University Avenue, Suite 430
   East Palo Alto, CA 94303
4  Telephone: (650) 838-2000
   Facsimile: (650) 838-2001
5
   *Attorney for LBT IP II LLC*
6

7

8  **UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA**
9

10 LBT IP II LLC,

11         Plaintiff,

12     v.                                   Case No. 3:22-cv-03985-WHO

13 Uber Technologies, Inc,                  **[PROPOSED] ORDER GRANTING LBT IP
                                            II LLC'S CONSENT MOTION FOR
14         Defendant.                       EXTENSION OF TIME TO RESPOND TO
                                            DEFENDANT'S MOTION TO STAY
15                                          PROCEEDINGS**

16 Uber Technologies, Inc,

17         Counter-Claimant,
                                            **JURY TRIAL DEMANDED**
18
       v.
19
   LBT IP II LLC,
20
           Counter-Defendant.
21

22

23              **CONSENT MOTION FOR EXTENSION OF TIME**

24       Before the Court is Plaintiff LBT IP II LLC's Consent Motion for Extension of Time to

25 Respond (the "Motion"). Having considered the Motion, the Court finds that LBT's time to respond

26 to Defendant's Motion to Stay Proceedings should be extended, and the Motion should be and is

27 hereby **GRANTED**. Plaintiff's Response will be due on January 5, 2023, and Defendant's Reply will

28
                                           - 1 -

1  be due January 12, 2023.  **The motion hearing is reset to Wednesday January 25, 2022 at 2:00
2  p.m**.
3
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6   DATED:   December 28, 2022                    _____
7                                                 The Honorable William H. Orrick
                                                  United States District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING LBT IP II LLC'S CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY PROCEEDINGS
Case No. 3:22-cv-03985-WHO