Michael J. Newton (CA 156225)
mike.newton@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

*Attorney for Plaintiff LBT IP II LLC.*
Additional Counsel Listed on Signature Page

Mark N. Reiter (Texas Bar No. 16759900)
admitted *pro hac vice*
mreiter@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2907

Additional counsel listed on Signature Page

*Attorneys for Defendant Uber Technologies, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBT IP II LLC, | Case No. 3:22-cv-03985-WHO |
| Plaintiff, | |
| v. | |
| Uber Technologies, Inc, | **JOINT STATUS REPORT REGARDING APPEALS TO FEDERAL CIRCUIT** |
| Defendant. | |

This case is currently stayed pending resolution of LBT IP II LLC's appeals to the Federal Circuit (Nos. 24-1457 and 24-1526). Pursuant to the Court's Order (Dkt. 121), LBT and Uber provide the following status update to the Court regarding the appeals.

- LBT filed its opening brief in Case No. 24-1457 on June 20, 2024. Uber's responsive brief is due on August 29, 2024. LBT's reply is currently anticipated to be due on September 19, 2024.

1

- LBT filed its opening brief in Case No. 24-1526 on June 25, 2024. Uber's responsive brief is due on September 19, 2024. LBT's reply is currently anticipated to be due on October 10, 2024.

Oral argument has not yet been scheduled in either appeal.

JOINT STATUS REPORT REGARDING APPEALS TO FEDERAL CIRCUIT
Case No. 3:22-cv-03985-WHO

Dated:  July 18, 2024            Respectfully submitted,

By:   /s/ *Michael J. Newton*
      Michael J. Newton (SBN 156225)
      **ALSTON & BIRD, LLP**
      1950 University Avenue, Suite 430
      East Palo Alto, CA 94303
      Telephone: (650) 838-2000
      Facsimile: (650) 838-2001
      mike.newton@alston.com

      Theodore Stevenson, III (admitted *Pro Hac Vice*)
      **ALSTON & BIRD, LLP**
      2200 Ross Avenue, Suite 2300
      Dallas, TX 75201
      Telephone: (214) 922-3400
      Facsimile: (214) 922-3899
      ted.stevenson@alston.com

      Matthew W. Howell (admitted *Pro Hac Vice*)
      Shaleen J. Patel (admitted *Pro Hac Vice*)
      **Alston & Bird, LLP**
      1201 West Peachtree Street, Suite 4900
      Atlanta, GA 30309
      Telephone: (404) 881-7000
      Facsimile: (404) 881-7777
      matthew.howell@alston.com
      shaleen.patel@alston.com

      *Attorneys for LBT IP II LLC*

3

JOINT STATUS REPORT REGARDING APPEALS TO FEDERAL CIRCUIT
Case No. 3:22-cv-03985-WHO

Dated:  July 18, 2024          Respectfully submitted,

By:  /s/ *Mark N. Reiter (with permission)*
Mark N. Reiter (Texas Bar No. 16759900)
admitted *pro hac vice*
mreiter@gibsondunn.com
Robert A. Vincent (Texas Bar No. 24056474)
admitted *pro hac vice*
rvincent@gibsondunn.com
Audrey Yang (Texas Bar No. 24118593)
admitted *pro hac vice*
ayang@gibsondunn.com
Ashbey N. Morgan (Texas Bar No. 24106339)
admitted *pro hac vice*
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2907

Andrew W. Robb (#291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300
Fax: (650) 849-5034

*Attorneys for Defendant Uber Technologies, Inc.*

4