Michael J. Newton (CA 156225)
mike.newton@alston.com
**ALSTON & BIRD, LLP**
755 Page Mill Road
Building C, Suite 200
Palo Alto, CA 94304
Telephone: (650) 838-2000
Facsimile: (650) 838-2001

Additional Counsel Listed on Signature Page

*Attorneys for Plaintiff LBT IP II LLC*

Mark N. Reiter (Texas Bar No. 16759900)
admitted *pro hac vice*
mreiter@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Fax: (214) 571-2907

Additional counsel listed on Signature Page

*Attorneys for Defendant Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LBT IP II LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Uber Technologies, Inc,<br><br>        Defendant. | Case No. 3:22-cv-03985-WHO<br><br><br>**JOINT NOTICE REGARDING CONCLUSION OF FEDERAL CIRCUIT PROCEEDINGS** |

1

**JOINT NOTICE REGARDING CONCLUSION OF FEDERAL CIRCUIT PROCEEDINGS**
**CASE NO: 3:22-CV-03985-WHO**

Pursuant to the Court's January 16, 2024 Order (Dkt. 121), Plaintiff LBT IP II LLC ("LBT") and Defendant Uber Technologies, Inc. ("Uber") jointly submit this Notice regarding the conclusion of Federal Circuit appeals 2024-1526 and 2024-1457 related to U.S. Patent Nos. 7,598,855 ("the '855 patent") and 8,531,289 ("the '289 patent"), respectively.

On November 7, 2025, the Federal Circuit affirmed the Final Written Decisions in the two remaining IPRs, which had found unpatentable claims 11-16 of the '855 patent and claims 8-10 and 13-15 of the '289 patent.

Two patents remain pending in this case, U.S. Patent Nos. 7,728,724 ("the '724 patent") and 8,224,355 ("the '355 patent"), on which IPR was not instituted. In the Court's Order, the court indicated that the case would remain stayed until the resolution of the appeals. Pursuant to the Court's Order, the parties respectfully request that the matter be reopened and that a Case Management Conference be scheduled at the Court's convenience.

JOINT NOTICE REGARDING CONCLUSION OF FEDERAL CIRCUIT PROCEEDINGS
CASE NO: 3:22-CV-03985-WHO

Dated: November 21, 2025          Respectfully submitted,

By:   */s/ Michael J Newton*
      Michael J. Newton (SBN 156225)
      Katherine G. Rubschlager (SBN 328100)
      **ALSTON & BIRD, LLP**
      755 Page Mill Road
      Building C, Suite 200
      Palo Alto, CA 94304
      Telephone: (650) 838-2000
      Facsimile: (650) 838-2001
      mike.newton@alston.com
      katherine.rubschlager@alston.com

      Theodore Stevenson, III (admitted *Pro Hac Vice*)
      **ALSTON & BIRD, LLP**
      Chase Tower
      2200 Ross Avenue, Suite 2300
      Dallas, TX 75201
      Telephone: (214) 922-3400
      Facsimile: (214) 922-3899
      ted.stevenson@alston.com

      Bruce J. Rose (admitted *Pro Hac Vice*)
      **ALSTON & BIRD, LLP**
      101 South Tryon Street, Suite 4000
      Charlotte, North Carolina 28280
      Telephone: (704) 444-1000
      Facsimile: (704) 444-1736
      bruce.rose@alston.com

      Matthew W. Howell (admitted *Pro Hac Vice*)
      Shaleen J. Patel (admitted *Pro Hac Vice*)
      **ALSTON & BIRD, LLP**
      One Atlantic Center
      1201 West Peachtree Street, Suite 4900
      Atlanta, GA 30309
      Telephone: (404) 881-7000
      Facsimile: (404) 881-7777
      matthew.howell@alston.com
      shaleen.patel@alston.com

      *Attorneys for Plaintiff LBT IP II LLC*

3

Dated: November 21, 2025          Respectfully submitted,


By:    /s/ *Mark N. Reiter (with permission)*
         Mark N. Reiter (Texas Bar No. 16759900)
         admitted *pro hac vice*
         mreiter@gibsondunn.com
         Robert A. Vincent (Texas Bar No. 24056474)
         admitted *pro hac vice*
         rvincent@gibsondunn.com
         Audrey Yang (Texas Bar No. 24118593)
         admitted *pro hac vice*
         ayang@gibsondunn.com
         Ashbey N. Morgan (Texas Bar No. 24106339)
         admitted *pro hac vice*
         anmorgan@gibsondunn.com
         **GIBSON, DUNN & CRUTCHER LLP**
         2001 Ross Avenue, Suite 2100
         Dallas, TX 75201-6912
         Telephone: (214) 698-3100
         Fax: (214) 571-2907

         Andrew W. Robb (#291438)
         arobb@gibsondunn.com
         **GIBSON, DUNN & CRUTCHER LLP**
         310 University Avenue
         Palo Alto, CA 94301
         Telephone: (650) 849-5300

         Fax: (650) 849-5034


         *Attorneys for Defendant Uber Technologies, Inc.*

**JOINT NOTICE REGARDING CONCLUSION OF FEDERAL CIRCUIT PROCEEDINGS**
**CASE NO: 3:22-CV-03985-WHO**