UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LBT IP II LLC,

    Plaintiffs,

  v.

UBER TECHNOLOGIES INC.,

    Defendants.

Case No. 22-cv-03985-WHO   (WHO)

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph D.2 of the Assignment Plan.

Any pending dates of motions, pretrial conferences and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: December 22, 2025



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California