United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LBT IP II LLC,

Plaintiff,

v.

UBER TECHNOLOGIES INC.,

Defendant.

Case No. 22-cv-03985-RFL (LJC)

**NOTICE OF REFERRAL FOR DISCOVERY**

Re: ECF. No. 171

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned is reviewing the parties' joint discovery letter (Re: ECF. No. 171), and will order a telephone conference, hearing, and/or further briefing, if needed. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Civil Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/ljc/.

Please contact the Courtroom Deputy Clerk at ljccrd@cand.uscourts.gov with any administrative questions.

**IT IS SO ORDERED.**

Dated: September 24, 2026

LISA J. CISNEROS
United States Magistrate Judge